**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-CV-05482

VOLTSTAR TECHNOLOGIES, INC.,

    Plaintiff,

v.

MIZCO INTERNATIONAL, INC.,

    Defendant.

### JOINT MOTION TO SET ASIDE FINAL DEFAULT JUDGMENT

Plaintiff Voltstar Technologies, Inc. and Defendant Mizco International, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 55(c) and 60(b) hereby respectfully requests this Court to set aside the Final Default Judgment (DE 21), and as grounds therefore state as follows:

Fed. R. Civ. P. 60(b)(5) provides that "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons … the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable[.]"). Here, there is good cause to set aside the default judgment. The parties have reached a settlement in this case. Plaintiff has agreed to a release of the final default judgment against the Defendant.

WHEREFORE, the parties respectfully requests that the Court set aside the Final Default Judgment (DE 21) entered against Defendant Mizco International, Inc., cancel the inquest hearing on damages set for April 24, 2024 (DE 27), and any further relief the Court deems just and proper.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

DATED: March 13, 2024                     Respectfully submitted,

*/s/ Joseph A. Dunne*                                         */s/ Brendan M. Scott*
Joseph A. Dunne                                               Brendan M. Scott
joseph.dunne@sriplaw.com                          bscott@klestadt.com

**SRIPLAW, P. A.**                                             **KLESTADT WINTERS JURELLER**
175 Pearl Street                                                    **SOUTHARD & STEVENS, LLP**
Third Floor                                                            200 West 41st Street, 17th Floor
Brooklyn, NY 11201                                           New York, NY 10036-7203
929.200.8446 – Telephone                            212.972.3000 – Telephone

*Counsel for Plaintiff Voltstar Technologies, Inc.*

*Counsel for Defendant Mizco International, Inc.*

The parties' joint motion to set aside the Court's November 21, 2023 Final Default Judgment Order (Dkt. No. 21) is GRANTED. Accordingly, the inquest hearing previously scheduled for April 24, 2024, is canceled. (*See* Dkt. No. 27).

SO ORDERED.

Dated: March, 13, 2024
New York, New York

Gary Stein
United States Magistate Judge
Southern District of New York